**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED  2012 SEP -5  AM 8: 03

Liberty Mutual
(Enter above the full name of the plaintiff in this action.)

SEP 2 0 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Prisoner ID No. NONE,

V.

CASE NO. 12-2217 NEW

Chandra "Lyons" Jackson

(Enter above the full name of the defendant, or defendants, in this action.)

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: Chandra "Lyons" Jackson

Defendants: Gina Leon, Diane Day, Charolette Mitchell, Libby-Tec Nurse & Bud - Tec Work Comp. Supervisor & Dr. Jeffery Evans - Cooper Clinic

(Revised 11/2010)

-1-

2. Court (if federal court, name the district; if state, name the county): _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: July 27, 2012

7. Approximate date of disposition: July 15, 2012 - Incident happen

II. Place of Present Confinement: None

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes _____    No ✓

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

   C. If your answer is NO, explain why not: Cause I am not in prison.

Place of Employment: ~~Gina Lean~~ Liberty Mutal

Address: P.O. Box 152800 / Irving, TX 75015

Position: Previous - Adjuster

Defendant: - Diane Day

Position: Adjuster

Place of Employment: P.O. Box 152800 / Irving, TX 75015 - Liberty Mutal

Address: P.O. Box - 152800 / Irving, TX 75015

Place of Employment Liberty Mutal

suing the defendants in: (check the appropriate blank)

official capacity only
personal capacity only
**both official and personal capacity**

time of the alleged incident(s), were you:
the appropriate blank)

in jail and still awaiting trial on pending criminal charges
serving a sentence as a result of a judgment of conviction
in jail for other reasons (*e.g.*, alleged probation violation, etc.)

: _____NONE_____

_____

provide the date of your conviction or probation or parole revocation:

NONE

nt of Claim

ere as briefly as possible the <u>facts</u> of your case. Describe how each
nt is involved. Include also the names of other persons involved, dates
ces. Do not give any legal arguments or cite any cases or statutes. If you
o allege a number of related claims, number and set forth each claim in
ate paragraph. (Use as much space as you need. Attach extra sheets if

(3)

Defendant: Dr. Jeffery Evans

Place of Employment: Dr Jeffery Evans (Cooper Clinic)

Address: P.O. Box 17025. Fort Smith Ark 72913

Position: Doctor

Defendant: First Name Libby - Nurse At Tec

Position: Nurse At Tec

Place of Employment: Tec Staffing -

Address: 19th & Rogers Ave 72901
6) 1825 North "A" Street
Fort Smith Ark. 72901

suing the defendants in: (check the appropriate blank)

official capacity only
personal capacity only
(both official and personal capacity)

me of the alleged incident(s), were you:
he appropriate blank)

1 jail and still awaiting trial on pending criminal charges
erving a sentence as a result of a judgment of conviction
1 jail for other reasons (*e.g.,* alleged probation violation, etc.)

: _None_

rovide the date of your conviction or probation or parole revocation:

_None_

nt of Claim

re as briefly as possible the facts of your case. Describe how each
nt is involved. Include also the names of other persons involved, dates
es. Do not give any legal arguments or cite any cases or statutes. If you
allege a number of related claims, number and set forth each claim in
te paragraph. (Use as much space as you need. Attach extra sheets if

OK Foods In Fort Smith Arkansas ( ) July 13, 2012 Approximately between 7:15 pm or 7:20 pm. On the Above Date. I was entering location were I work at. To empty my Tub. Of Left Over- of Cutting Wings. As I try to pass by Couple Employees was working. Next to me. With my Tub. It's pallet of Tubs Wings close by. I hardly can move to empty my Tub Remainings of Cutting the Wings my lefted feet Got Caught. In this pallet of Wings. Throwing me Flat to the hard Concrete floor. I was help up by Employee Name Betty. I went to the Nurse Station Immediately. It was A Knot In middle of my lefted leg. I was Injury. From my chest Down to my feets Back. I was treated lightly. And send home By O.K. Foods Nurse. Was Drug Test etc And it was Negative. The Next Day I went to ER Room At "St. Edward". Cause of All the "Pain" I was having. "Couldnt" Walk Along. I had to hop & Use A Cane. Of - My Own. After I lefted ER Room I went to Employer Too - To make sure they got Injury Report. Libby Too Nurse They Did

### VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be paid from as My Injury happened & Due All I had go through to get Them pay me me From Day One And For Not properly treating My Injury And getting Right treatment As Stated By Gina Izon before left My condition wouldnt worser. Now Unable Real wor

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 27 day of July, 20 12.

Shandra "Lyons" Jackson

As Witness: X Jeenathan Jackson Jr.
**Signature of Plaintiff**

-5-

Defendant: Bud-Work Camp Supervisor
Place of Employment: Tec Staffing
Position: Work Camp Supervisor
Address: 19th & Rogers Ave. 72901

Defendant: Charolette Mitchell
Place of Employment: Supervisor of Liberty Mutal Insurance
Position: Supervisor
Address: P.O. Box 152800 Irving, TX 75015

: (check the appropriate blank)

~~capacity~~ Both official And personal Capacity ✓

it(s), were you:

rial on pending criminal charges
sult of a judgment of conviction
g., alleged probation violation, etc.)

_____None,_____

_____

onviction or probation or parole revocation:

_____None_____

the facts of your case. Describe how each
so the names of other persons involved, dates
rguments or cite any cases or statutes. If you
d claims, number and set forth each claim in
ich space as you need. Attach extra sheets if

On July 15, 2012 Approximately 7:15 I had Injury At O.K.- Foods In Fort Smith Ark 6th Street My Employer was Tec- Staffing or Industries. At 19th & Rogers Ave. 72901 - Fort Smith Ark. I was Known As Chandra Lyons. Cause of the Injury It was Pallet of Tubs Wings To Close were I was Working At. I was A Wing Cutter Through Tec Staffing But Work At



Mrs Chaudra Lyons, Jackson
419 Hwy 365
Conway Ark. 72032
72032 - Zipcode

Directions Rock street

United States District Court
100-B-West Rock street
Fayetteville Ark 72701

Directions Rock street Ark 72901

U.S. POSTAGE PAID
FORT SMITH, AR
72904
AUG 31, '12
AMOUNT $1.30
00026098-03

72701
1000