IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHANDRA LYONS JACKSON                                                                   PLAINTIFF

v.                                       Case No. 2:12-CV-02217

GINA LEON, Adjuster, Liberty Mutual;
DIANE DAY, Adjuster, Liberty Mutual;
CHAROLETTE MITCHELL; LIBBY (Last
Name Unknown), TEC Nurse; BUD (Last
Name Unknown), TEC Workers Compensation
Supervisor; and DR. JEFFREY EVANS,
Cooper Clinic                                                                           DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 3) filed in this case on September 20, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Leave to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiff's Complaint is dismissed for lack of jurisdiction.

IT IS SO ORDERED this 1st day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE